FILED
John E. Triplett, Acting Clerk
United States District Court

By STaylor at 1:40 pm, Sep 22, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| GILBERTO CAMACHO DURAN, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-57 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Petitioner Gilberto Duran ("Duran") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Duran's 28 U.S.C. § 2241 Petition for failure to follow the Court's Order, **DENIES as moot** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal,

and **DENIES** Duran *in forma pauperis* status on appeal.

SO ORDERED, this ___22___ day of ___September___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA